UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANICE PECK, *individually and on behalf of all others similarly situated*,

          Plaintiff,

     -v-

LUXURBAN HOTELS INC., *et al.*,

          Defendants.

24 Civ. 1030 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  On February 12, 2024, plaintiff filed this putative class action "on behalf of persons and entities that purchased or otherwise acquired LuxUrban securities between November 8, 2023 and February 2, 2024, inclusive." Dkt. 1 ("Compl.") ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78 *et seq.*, and Rule 10b-5 promulgated thereunder. *Id.* ¶¶ 53–67.

  Under Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i). The Court orders plaintiff to advise the Court, no later than **March 4, 2024**, of the date and manner in which she published this notice. The Court will then set a briefing schedule for members of the putative class to seek appointment as lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on

which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.").

SO ORDERED.

                                                                                     PAUL A. ENGELMAYER
                                                                                     United States District Judge

Dated: February 13, 2024
           New York, New York