UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANICE PECK, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

LUXURBAN HOTELS INC., *et al.*,

                Defendants.

24 Civ. 1030 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 12, 2024, plaintiff published a notice "advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i). As such, plaintiffs have until April 12, 2024 to move to serve as lead plaintiff in this case. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class."). The Court adopts the following briefing schedule for such motions:

- April 12, 2024: Motions for lead plaintiff due.
- April 26, 2024: Responses to these motions due.

The Court does not invite replies. The Court advises prospective movants of its recent decision resolving competing motions for appointment as lead plaintiff in *Turpel v. Canopy Growth Corp.*, No. 23 Civ. 4302 (PAE), 2023 WL 8276633 (S.D.N.Y. Nov. 30, 2023), which may be relevant to motions filed in this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 14, 2024
       New York, New York

2