**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANICE PACK, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-01030-PAE |
| Plaintiff, | |
| v. | |
| LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI, | |
| Defendants. | |

**NOTICE OF THE LUXURBAN INVESTOR GROUP'S MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Joshua Leckner, Evan Weiser, and Matthew Halpern (the "LuxUrban Investor Group") respectfully moves this Court for an order: (1) appointing The LuxUrban Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving The LuxUrban Investor Group's selection of Glancy Prongay & Murray LLP ("GPM") and Holzer & Holzer, LLC ("Holzer") as co-lead counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

The LuxUrban Investor Group seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Federal Rules of Civil Procedure, the Exchange Act, and the PSLRA.  This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: April 12, 2024 **GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

1

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for the LuxUrban Investor Group and
Proposed Co-Lead Counsel for the Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 12, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2024, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh