**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANICE PACK, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-01030-PAE |
| Plaintiff, | |
| v. | |
| LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the LuxUrban Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints the LuxUrban Investor Group as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____          _____
                               Hon. Paul A. Engelmayer
                               United States District Judge