**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANICE PACK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI, <br><br> Defendants. | Case No. 1:24-cv-01030-PAE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF THE LUXURBAN INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for the LuxUrban Investor Group and proposed Co-Lead Counsel for the class in the above-captioned action. I make this declaration in support of the LuxUrban Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published February 12, 2024 on *Business Wire*, announcing the pendency of a securities class action against the Defendants herein;

Exhibit B:      The LuxUrban Investor Group's Signed PSLRA Certifications;

Exhibit C:      Analysis of the LuxUrban Investor Group's financial interest; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12thth day of April 2024.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 12, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2024, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh