# EXHIBIT C

## Financial Interest Analysis

**Company Name:** LuxUrban Hotels Inc.
**Ticker:** LUXH
**Class Period:** November 8, 2023 to February 2, 2024

**Name:** Joshua Leckner

| Purchase Date | Shares | Cost Basis [1] | PSLRA 90-Day Lookback [2] | Diminution Per Share [3] | Dura Loss [4] |
|---|---|---|---|---|---|
| 11/9/2023 | 2,000 | $4.8000 | $2.2952 | -$2.5048 | -$5,009.57 |
| **Gross Shares:** | **2,000** | | | **Total:** | **-$5,009.57** |

**Name:** Matthew Halpern

| Purchase Date | Shares | Cost Basis [1] | PSLRA 90-Day Lookback [2] | Diminution Per Share [3] | Dura Loss [4] |
|---|---|---|---|---|---|
| 11/10/2023 | 200 | $4.5099 | $3.0021 | -$1.5078 | -$301.55 |
| **Gross Shares:** | **200** | | | **Total:** | **-$301.55** |

**Name:** Evan Weiser

| Purchase Date | Shares | Cost Basis [1] | PSLRA 90-Day Lookback [2] | Diminution Per Share [3] | Dura Loss [4] |
|---|---|---|---|---|---|
| 11/10/2023 | 54 | $4.7000 | $3.3800 | -$1.3200 | -$71.28 |
| 12/27/2023 | 95 | $4.9000 | $3.3800 | -$1.5200 | -$144.40 |
| 1/10/2024 | 18 | $4.9000 | $3.3800 | -$1.5200 | -$27.36 |
| **Gross Shares:** | **167** | | | **Total:** | **-$243.04** |

| Movants' Combined Financial Interest | |
|---|---|
| Joshua Leckner | -$5,009.57 |
| Matthew Halpern | -$301.55 |
| Evan Weiser | -$243.04 |
| **Total** | **-$5,311.13** |

Notes

[1] The Cost Basis per share is the lesser of (a) the pre-disclosure closing price on January 16, 2024 ($4.90) or (b) the actual purchase price.

[2] For retained shares, the PSLRA 90-Day Lookback used in this calculation is the average closing price between Februrary 5, 2024 and April 11, 2024. Mr. Halpern sold shares post-Class Period on February 23, 2024. Mr. Weiser sold shares post-Class Period on February 6, 2024.  Those post-Class Period sales are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

[3] Diminution Per Share is the PSLRA 90-Day Lookback less the Cost Basis.

[4] Dura Loss is the Diminution Per Share multiplied by the number of shares held through the disclosure.