UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE PACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>Defendants. | Case No.  1:24-cv-01030-PAE |

NOTICE OF MOTION OF ZCAP EQUITY FUND LLC AND ROSS MARCHETTA FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that zCap Equity Fund LLC and Ross Marchetta (together, the "Fund and Marchetta"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Fund and Marchetta as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired LuxUrban Hotels Inc. securities between November 8, 2023 and February 2, 2024, inclusive and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  April 12, 2024                           Respectfully submitted,

                                                 POMERANTZ LLP

                                                 */s/ Jeremy A. Lieberman*
                                                 Jeremy A. Lieberman
                                                 J. Alexander Hood II
                                                 James M. LoPiano
                                                 600 Third Avenue, 20th Floor
                                                 New York, New York 10016
                                                 Telephone: (212) 661-1100
                                                 Facsimile: (917) 463-1044
                                                 jalieberman@pomlaw.com
                                                 ahood@pomlaw.com
                                                 jlopiano@pomlaw.com

                                                 *Counsel for zCap Equity Fund LLC and*
                                                 *Ross Marchetta and Proposed Lead Counsel*
                                                 *for the Class*

                                                 PORTNOY LAW FIRM
                                                 Lesley F. Portnoy, Esq.
                                                 1800 Century Park East, Suite 600
                                                 Los Angeles, California 90067
                                                 Telephone: (310) 692-8883
                                                 lesley@portnoylaw.com

                                                 *Additional Counsel for zCap Equity Fund*
                                                 *LLC and Ross Marchetta*