UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE PACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>Defendants. | Case No.  1:24-cv-01030-PAE |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF ZCAP EQUITY FUND LLC AND ROSS MARCHETTA FOR APPOINTMENT
AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.       I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of zCap Equity Fund LLC and Ross Marchetta (together, the "Fund and Marchetta"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Fund and Marchetta's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.       Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart setting forth the Fund and Marchetta's financial interest in this litigation; |
| Exhibit B: | Shareholder Certifications executed on behalf of the Fund and by Marchetta; |
| Exhibit C: | Joint Declaration executed on behalf of the Fund and by Marchetta; and |
| Exhibit D: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 12, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1