# EXHIBIT A

**LuxUrban Hotels, Inc. (LUXH)**
**Class Period: November 8, 2023 to February 2, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 67-Days* Mean Price $2.2952 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) | DURA Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| zCap Equity Fund LLC | | | | | Preclass | 45,000 | | | | | | | | |
| zCap Equity Fund LLC | 12/4/2023 | 1,500 | $4.0307 | ($6,046) | 11/30/2023 | (1,000) | $4.4770 | $4,477 | | | | | | |
| zCap Equity Fund LLC | 12/14/2023 | 1,000 | $4.8062 | ($4,806) | 3/27/2024 | (2,804) | $2.5616 | $7,183 | | | | | | |
| zCap Equity Fund LLC | 12/14/2023 | 1,000 | $4.9400 | ($4,940) | 3/27/2024 | (5,000) | $2.5616 | $12,808 | | | | | | |
| zCap Equity Fund LLC | 12/22/2023 | 250 | $5.1080 | ($1,277) | 3/28/2024 | (4,000) | $2.5305 | $10,122 | | | | | | |
| zCap Equity Fund LLC | 1/22/2024 | 2,250 | $4.1289 | ($9,290) | 3/28/2024 | (9,000) | $2.5305 | $22,775 | | | | | | |
| zCap Equity Fund LLC | | | | | 3/28/2024 | (7,200) | $2.5305 | $18,220 | | | | | | |
| zCap Equity Fund LLC | | | | | 3/28/2024 | (7,200) | $2.5305 | $18,220 | | | | | | |
| zCap Equity Fund LLC | | | | | 3/28/2024 | (14,796) | $2.5305 | $37,442 | | | | | | |
| **zCap Equity Fund LLC** | | **6,000** | | **($26,359)** | | **(51,000)** | | **$131,246** | **6,000** | **0** | **$0** | **($11,176)** | **($10,989)** | **($19,230)** |
| **Ross Marchetta** | **1/11/2024** | **2,000** | **$5.4100** | **($10,820)** | | | | | **2,000** | **2,000** | **$4,590** | **($6,230)** | **($6,230)** | **($5,210)** |
| **zCap Equity Fund LLC; Ross Marchetta** | | **8,000** | | **($37,179)** | | **(51,000)** | | **$131,246** | **8,000** | **2,000** | **$4,590** | **($17,406)** | **($17,219)** | **($24,439)** |

*Avg Closing Prices from February 5, 2024 to April 11, 2024