UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br>  -against-<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>                        Defendants. | No. 1:24-cv-01030-PAE<br><br>**STIPULATION EXTENDING SCHEDULE FOR THE DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT** |

**WHEREAS**, the Court previously set a schedule for Lead Plaintiffs zCap Equity Fund LLC and Ross Marchetta (together, "Lead Plaintiffs") to file an amended complaint and for Defendants LuxUrban Hotels Inc., Brian Ferdinand, and Shanoop Kothari's (together, "Defendants") to respond to the amended complaint, ECF No. 28; and

**WHEREAS**, Lead Plaintiffs filed their amended class action complaint on September 4, 2024 (ECF No. 30) (the "Amended Complaint");

**WHEREAS**, Defendants LuxUrban Hotels Inc. and Shanoop Kothari are engaging new counsel in this matter;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Lead Plaintiffs and Defendants that:

(a) the time for Defendants to respond to the Amended Complaint is extended to and including December 20, 2024;

(b) the time for Lead Plaintiffs to oppose any motions to dismiss is extended to and including February 18, 2025; and

{00636228;1 }

(c) the time for Defendants' replies in support of any motions to dismiss is extended to and including March 20, 2025.

Dated: October 24, 2024
New York, NY

/s/ Jonathan D. Park
Jonathan D. Park
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(646) 214-7730

*Counsel for Lead Plaintiffs*

Dated: October 24, 2024
New York, NY

/s/ John P. Curley
John P. Curley
HOGUET NEWMAN
REGAL & KENNEY LLP
60 East 42nd Street, 48th Fl.
New York, NY 10165
(212) 689-8808

*Counsel for Defendants*

The Court endorses the parties' proposed schedule in part, mindful of the need to allow lead plaintiff an opportunity to amend in response to a responsive motion from defendants under Rule 15(a)(l)(B).

The Court sets the following schedule. By December 20, 2024, defendants shall file their response to the first amended complaint.

If defendants move to dismiss, lead plaintiff, by February 4, 2025, shall file a second amended complaint or file a letter notifying the Court of its intention to rely on its first amended complaint. No further opportunities to amend will ordinarily be granted.

If lead plaintiff does not file a second amended complaint, lead plaintiff's opposition to defendants' motion to dismiss shall be due February 25, 2025. Defendants' reply shall be due March 27, 2025.

If lead plaintiff files a second amended complaint, by March 11, 2025, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying lead plaintiff, stating that they rely on the previously filed motion to dismiss. If defendants file a new motion to dismiss or rely on their previous motion, lead plaintiff's opposition will be due on April 8, 2025, and defendants' reply due on April 29, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 28, 2024
New York, New York