AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

zCap Equity Fund, LLC, et al.

                  Plaintiff (s),

    V.

LuxUrban Hotels Inc., et al.

                  Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  1:24-cv-01030-PAE

Notice is hereby given that, subject to approval by the court,  LuxUrban Hotels Inc.  substitutes

                                (Party (s) Name)

Zachary R. Taylor , State Bar No.  5498043  as counsel of record in

        (Name of New Attorney)

place of   John P. Curley (Bar No. 4737631) and Connor G. Shea (Bar No. 5817457) .

             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  BakerHostetler

Address:  45 Rockefeller Plaza New York, NY 10111

Telephone:  212-589-4200    Facsimile  (212) 589-4201

E-Mail (Optional):  ztaylor@bakerlaw.com

I consent to the above substitution.

Date:  10/28/24

                                  (Signature of Party (s))

I consent to being substituted.

Date:  10/28/2024

                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  10/25/2024

              *s/Zachary R. Taylor*

                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  October 29, 2024

                        Paul A. Engelmayer

                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**