

Jonathan D. Park
Of Counsel

February 4, 2025

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

Re:   *zCap Equity Fund LLC, et al. v. LuxUrban Hotels Inc., et al.*,
       Case No. 1:24-cv-01030-PAE

Dear Judge Engelmayer:

    I am an attorney with Lead Counsel Pomerantz LLP and I represent Lead Plaintiffs zCap Equity Fund LLC and Ross Marchetta in the above-referenced action. I write pursuant to the Court's order (ECF No. 33) that Lead Plaintiffs, by today, file a second amended complaint or file a letter notifying the Court of their intention to rely on their first amended complaint.

    Lead Plaintiffs intend to rely on their first amended complaint (ECF No. 28).

    I thank the Court for its attention to this matter.

Sincerely,

*/s/ Jonathan D. Park*

Jonathan D. Park

jpark@pomlaw.com
600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.214.7730
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com