UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>      Defendants. | Case No.: 1:24-cv-01030-PAE |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION
AND/OR TO CERTIFY FOR INTERLOCUTORY APPEAL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Reconsideration and/or to Certify for Interlocutory Appeal, Defendants LuxUrban Hotels Inc., Brian Ferdinand, and Shanoop Kothari (collectively, "Defendants"), through their counsel Baker & Hostetler LLP, will respectfully move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order reconsidering the Court's Opinion and Order, dated July 25, 2025 (Dkt. #51), pursuant to Federal Rules of Civil Procedure 54(b) and Local Rule 6.3, dismissing the Amended Complaint pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq., and/or for an Order certifying for interlocutory appeal, the Court's July 25, 2025 Opinion and Order, pursuant to 28 U.S.C. § 1292(b).

1

**PLEASE TAKE FURTHER NOTICE** that Defendants request a hearing on their Motion for Reconsideration and/or to Certify for Interlocutory Appeal.

Dated: August 8, 2025                                             Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   /s/ Douglas W. Greene
      Douglas W. Greene (*pro hac vice*)
      dgreene@bakerlaw.com
      Zachary R. Taylor
      ztaylor@bakerlaw.com
      45 Rockefeller Plaza
      New York, NY 10111
      Telephone: 212.589.4200

*Attorneys for Defendants*