UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZCAP EQUITY FUND LLC *and*
ROSS MARCHETTA, *individually and
on behalf of all others similarly situated*,

                      Plaintiffs,

-v-

LUXURBAN HOTELS INC.,
BRIAN FERDINAND, *and*
SHANOOP KOTHARI,

                      Defendants.

24 Civ. 1030 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On July 25, 2025, the Court issued an Opinion and Order, denying in part and granting in part defendants' motion to dismiss the amended complaint. Dkt. 51. The Court also scheduled an in-person initial pretrial conference on September 2, 2025 at 3:00 p.m. It directed the parties to file a joint letter outlining a proposed agenda for that conference, a joint proposed case management plan for discovery, and a proposed briefing schedule for class certification (collectively, the "initial pretrial conference materials") by August 26, 2025.

       On August 8, 2025, defendants filed a motion for reconsideration and/or certification for interlocutory appeal, Dkts. 52, 53, as to the Court's Opinion and Order, Dkt. 51.

       Plaintiffs are hereby ordered to file an opposition by August 25, 2025. Defendants shall file their reply, if any, by September 2, 2025.

       The in-person initial pretrial conference is adjourned to October 2, 2025 at 10:00 a.m., in Courtroom 1305 of the Thurgood Marshall United States Courthouse. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. By September 25,

2025, the parties shall file the initial pretrial conference materials listed above. The Court also directs the parties to email EngelmayerNYSDChambers@nysd.uscourts.gov, no later than 24 hours before the conference, the names of any counsel who wish to enter an appearance at the conference, with the names of lead counsel designated with an asterisk.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 13, 2025
New York, New York