UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>                Defendants. | Case No.: 1:24-cv-01030-PAE |

**NOTICE OF SUGGESTION OF CHAPTER 11 BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on September 14, 2025 ("Petition Date") a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code was filed by Defendant, LuxUrban Hotels Inc. ("LuxUrban"), which is pending in the United States Bankruptcy Court for the Southern District of New York, under case number 25-12000 before the Honorable David S. Jones.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against LuxUrban that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

Dated: September 22, 2025                    Respectfully submitted,

                                                **BAKER & HOSTETLER LLP**

                                                By:    */s/ Douglas W. Greene*
                                                          Douglas W. Greene (*pro hac vice*)
                                                          dgreene@bakerlaw.com

                                                Zachary R. Taylor
                                                ztaylor@bakerlaw.com
                                                45 Rockefeller Plaza
                                                New York, NY 10111
                                                Telephone: 212.589.4200

*Attorneys for Defendants*