**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZCAP EQUITY FUND LLC and ROSS
MARCHETTA, individually and on behalf of all
others similarly situated,

        Case No. 1:24-cv-01030-PAE

        Plaintiffs,

- against-

LUXURBAN HOTELS INC., BRIAN
FERDINAND, and SHANOOP KOTHARI,

        Defendants.

## DECLARATION OF DOUGLAS W. GREENE

**DOUGLAS W. GREENE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at the law firm of Baker & Hostetler LLP, counsel for Defendants LuxUrban Hotels Inc. ("LuxUrban" or the "Company"), and Brian Ferdinand and Shanoop Kothari (together, the "Individual Defendants"). I submit this Declaration and the exhibits hereto, in connection with the Individual Defendants' joint letter requesting an extension of the automatic stay.

2.      Attached hereto are true and correct copies of:

    a.  **Exhibit 1:** LuxUrban's (f/k/a CorpHousing Group, Inc.) Certificate of Incorporation, filed with the SEC as an exhibit to LuxUrban's Form S-1/A on January 31, 2022; and

    b.  **Exhibit 2:** LuxUrban's (f/k/a CorpHousing Group, Inc.) bylaws, filed with the SEC as an exhibit to LuxUrban's Form S-1/A on January 31, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2

Executed this 1st day of October, 2025 in New York, New York.

/s/ Douglas W. Greene
Douglas W. Greene