UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>                Defendants. | Case No.: 1:24-cv-01030-PAE |

**NOTICE OF SUGGESTION OF CHAPTER 7 BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on December 2, 2025 ("Petition Date") a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code was filed by Defendant, Brian Ferdinand ("Mr. Ferdinand"), which is pending in the United States Bankruptcy Court for the Eastern District of New York, under case number 25-74635 before the Honorable Alan S. Trust.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against Mr. Ferdinand that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

Dated: January 27, 2026                         Respectfully submitted,

                                                       **BAKER & HOSTETLER LLP**

                                                       By:   */s/ Douglas W. Greene*
                                                              Douglas W. Greene (*pro hac vice*)
                                                              dgreene@bakerlaw.com

2

                Erica Barrow
                ebarrow@bakerlaw.com
                Zachary R. Taylor
                ztaylor@bakerlaw.com
                45 Rockefeller Plaza
                New York, NY 10111
                Telephone: 212.589.4200

*Attorneys for Defendants*

2