**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br><br>Defendants. | No. 1:24-cv-01030-PAE<br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs zCap Equity Fund LLC and Ross Marchetta (together, "Plaintiffs"),[1] on behalf of themselves and the proposed Settlement Class, hereby respectfully move this Court, pursuant to Federal Rule of Procedure 23, for entry of an order: (1) granting preliminary approval of the proposed Settlement; (2) approving the proposed form and manner of providing notice of the proposed Settlement to Settlement Class Members; (3) certifying the proposed Settlement Class for purposes of the Settlement; and (4) scheduling a Settlement Hearing to determine, *inter alia*, whether the proposed Settlement is fair, reasonable, and adequate and should be finally approved.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Jonathan D. Park, the exhibits attached thereto, and the Stipulation, with the exhibits attached thereto, which sets forth the terms of the proposed Settlement.

---

[1] All capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 26, 2026 (the "Stipulation"), filed herewith.

In accordance with the terms of the Stipulation, the Individual Defendants do not oppose this Motion, and the Action is stayed with respect to Defendant LuxUrban Hotels Inc pursuant to 11 U.S. Code § 362. Therefore, this Motion is unopposed.

Plaintiffs also submit a Proposed Order, attached as Exhibit A to the Stipulation.

DATED: March 26, 2026                    Respectfully submitted,


                                         **POMERANTZ LLP**

                                         */s/ Jonathan D. Park*
                                         Jeremy A. Lieberman
                                         Jonathan D. Park
                                         600 Third Avenue, 20th Floor
                                         New York, New York 10016
                                         Telephone: (212) 661-1100
                                         Facsimile: (212) 661-8665
                                         jalieberman@pomlaw.com
                                         jpark@pomlaw.com

                                         *Counsel for Lead Plaintiffs zCap Equity Fund LLC
                                         and Ross Marchetta and Lead Counsel for the
                                         Proposed Settlement Class*

                                         **PORTNOY LAW FIRM**
                                         Lesley F. Portnoy
                                         1100 Glendon Ave, 14th Floor
                                         Los Angeles, California 90024
                                         Telephone: (310) 692-8883
                                         lesley@portnoylaw.com

                                         *Additional Counsel for Lead Plaintiffs zCap Equity
                                         Fund LLC and Ross Marchetta*