**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZCAP EQUITY FUND LLC and ROSS MARCHETTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUXURBAN HOTELS INC., BRIAN FERDINAND, and SHANOOP KOTHARI,<br><br>Defendants. | No. 1:24-cv-01030-PAE<br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on September 8, 2026, at 10:00 a.m., or at another time selected by the Court, Court-appointed Lead Plaintiff Ross Marchetta ("Plaintiff"),[1] on behalf of himself and the proposed Settlement Class, will and hereby does respectfully move this Court, pursuant to Federal Rule of Procedure 23, for entry of an order granting final approval of the proposed Settlement, the proposed Plan of Allocation, and the notice disseminated to the Settlement Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the Declaration of Jonathan D. Park submitted herewith, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this

---

[1] All capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 26, 2026 (the "Stipulation") (ECF No. 79-1). As discussed in the accompanying Declaration of Jonathan D. Park ("Park Decl."), the other Lead Plaintiff, zCap Equity Fund LLC, dissolved during the pendency of this Action, and Lead Counsel determined that it should not be included as a plaintiff in this motion or the motion for final approval of the Settlement. *See* Park Decl. ¶9.

motion. Plaintiff will file a [Proposed] Final Order and Judgment with its reply papers, in the form previously filed as Exhibit B to the Stipulation, after the deadlines for Settlement Class Members to object to the Settlement or to request exclusion from the Settlement Class have passed.

In accordance with the terms of the Stipulation, the Individual Defendants do not oppose this Motion, and the Action is stayed with respect to Defendant LuxUrban Hotels Inc. pursuant to 11 U.S. Code § 362.

DATED: August 4, 2026                         Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jonathan D. Park*
Jeremy A. Lieberman
Jonathan D. Park
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jpark@pomlaw.com

*Counsel for Lead Plaintiff Ross Marchetta and*
*Lead Counsel for the Proposed Settlement Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1100 Glendon Ave, 14th Floor
Los Angeles, California 90024
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff Ross*
*Marchetta*